IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEJA WASHINGTON,<br><br>              Plaintiff,<br><br>   v.<br><br>FEDLOAN SERVICING<br>              Defendant. | CIVIL ACTION<br>NO. 19-143 |

**O R D E R**

**AND NOW**, this 8th day of September, 2021, upon consideration of the Defendant FedLoan Servicing's Motion for Summary Judgment and all responses and replies thereto, it is hereby **ORDERED** that:

1. The Motion for Summary Judgment [Doc. 39] is **GRANTED**
2. Judgement is **ENTERED** in favor of Defendant FedLoan Servicing and against the Plaintiff Deja Washington.
3. The Defendant's Motion to Strike Affidavit [Doc. 46] is **DENIED** as moot.
4. The Clerk is **DIRECTED** to mark this case as terminated.

                    BY THE COURT:

                    /s/ Jeffrey L. Schmehl
                    JEFFREY L. SCHMEHL, J.